Sally A. Odegard - 011646  (sodegard@hofklaw.com)
Larry J. Wulkan - 021404  (lwulkan@hofklaw.com)
Jesse M. Showalter - 026628  (jshowalter@hofklaw.com)
HOLLOWAY ODEGARD FORREST & KELLY, P.C.
3101 North Central Avenue, Suite 1200
Phoenix, Arizona 85012   **(32.249)**
Phone:           (602) 240-6670
Facsimile:     (602) 240-6677

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Shay Pendleton, a surviving parent of Jered Pendleton, deceased, and Personal Representative of the Estate of Jered Pendleton,<br><br>　　　　Plaintiff,<br><br>v.<br><br>City of Goodyear, an Arizona Body Politic; Brad Hardin and Jane Doe Hardin, husband and wife; John and Jane Does I-10,<br><br>　　　　Defendants. | Case No: CV 09-2213-PHX-MHM<br><br><br>**NOTICE OF DEPOSITION OF SHAY PENDLETON** |

**YOU ARE HEREBY NOTIFIED** that, pursuant to FRCP 26 and 30, the deposition will be taken upon oral examination of the person whose name and address is stated below at the time and place stated below before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED**: Shay Pendleton
　　　　　　　　　　　　　　　　c/o Attorneys for Plaintiffs

**DATE AND**:　　　　　　　　　Monday, March 21, 2011

**TIME OF DEPOSITION**:　　　9:00 a.m.

**PLACE OF DEPOSITION**:　　Holloway, Odegard, Forrest, & Kelly, P.C.
　　　　　　　　　　　　　　　　3101 North Central Avenue, Suite 1200
　　　　　　　　　　　　　　　　Phoenix, Arizona, 85012

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rules of Civil Procedure, Rule 30(b)(3), defendants intend to record said deposition by stenograph.

DATED this 4th day of March, 2011.

                    HOLLOWAY ODEGARD FORREST & KELLY, P.C.

                    By   *s/ Larry J. Wulkan*
                         Sally A. Odegard
                         Larry J. Wulkan
                         Jesse M. Showalter
                         3101 North Central Avenue, Suite 1200
                         Phoenix, Arizona  85012
                         Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I certify that on this 4th day of March, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Brian R. Warnock, Esq.
John T. White, Esq.
WARNOCK, MACINLAY & CARMAN, PLLC
2525 East Camelback Road, Suite 900
Phoenix, Arizona  85016
Attorneys for Plaintiff

COPY emailed to:

Morris-Crowe Court Reporting
7650 South McClintock Drive
Suite 103-398
Tempe, Arizona 85284
office@morriscrowereporting.com


*s/ Ann E. Blacketer*