1  Sally A. Odegard - 011646  (sodegard@hofklaw.com)
   Larry J. Wulkan - 021404  (lwulkan@hofklaw.com)
2  Jesse M. Showalter - 026628  (jshowalter@hofklaw.com)
   HOLLOWAY ODEGARD FORREST & KELLY, P.C.
3  3101 North Central Avenue, Suite 1200
   Phoenix, Arizona 85012  **(32.249)**
4  Phone:        (602) 240-6670
   Facsimile:    (602) 240-6677
5

6  Attorneys for Defendants

7            **IN THE UNITED STATES DISTRICT COURT**

8             **FOR THE DISTRICT OF ARIZONA**

9  Shay Pendleton, a surviving parent of Jered          Case No: CV 09-2213-PHX-MHM
   Pendleton, deceased, and Personal
10 Representative of the Estate of Jered
   Pendleton,
11                                                       **NOTICE OF DEPOSITION OF**
            Plaintiff,                                   **JOHN ROWAN**
12
   v.
13
   City of Goodyear, an Arizona Body Politic;
14 Brad Hardin and Jane Doe Hardin, husband
   and wife; John and Jane Does I-10,
15
            Defendants.
16

17        **YOU ARE HEREBY NOTIFIED** that, pursuant to FRCP 26 and 30, the

18 deposition will be taken upon oral examination of the person whose name and address is

19 stated below at the time and place stated below before an officer authorized by law to

20 administer oaths.

21 **PERSON TO BE EXAMINED**: John Rowan
                                20550 West Daniel Place
22                              Buckeye, AZ 85296

23 **DATE AND**:                Tuesday, March 22, 2011

24 **TIME OF DEPOSITION**:      9:00 a.m.

25 **PLACE OF DEPOSITION**:     Holloway, Odegard, Forrest, & Kelly, P.C.
26                             3101 North Central Avenue, Suite 1200
                               Phoenix, Arizona, 85012
27

28

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rules of Civil Procedure, Rule 30(b)(3), defendants intend to record said deposition by stenograph.

DATED this 4rd day of March, 2011.

HOLLOWAY ODEGARD FORREST & KELLY, P.C.


By   *s/ Larry J. Wulkan*
        Sally A. Odegard
        Larry J. Wulkan
        Jesse M. Showalter
        3101 North Central Avenue, Suite 1200
        Phoenix, Arizona  85012
        Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I certify that on this 4th day of March, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Brian R. Warnock, Esq.
John T. White, Esq.
WARNOCK, MACINLAY & CARMAN, PLLC
2525 East Camelback Road, Suite 900
Phoenix, Arizona  85016
Attorneys for Plaintiff

COPY emailed to:

Morris-Crowe Court Reporting
7650 South McClintock Drive
Suite 103-398
Tempe, Arizona 85284
office@morriscrowereporting.com


*s/ Ann E. Blacketer*