1  **WARNOCK, MACKINLAY & CARMAN, PLLC**
2  2525 E. Camelback Road, Suite 900
   Phoenix, Arizona 85016
3  Tel:    (602) 381-6669
   Fax:   (602) 381-6560
4  Email:  jwhite@lawwmc.com
   Brian R. Warnock (Bar No. 012400)
5  John T. White (Bar No. 022091)
   Attorneys for Plaintiff
6
                    **UNITED STATES DISTRICT COURT**
7
                          **DISTRICT OF ARIZONA**
8

9  SHAY PENDLETON, a surviving parent      )      No. CV 09-2213-PHX-MHM
   of  JERED PENDLETON, deceased,          )
10                                          )      **NOTICE OF SERVICE OF**
                         Plaintiffs,        )      **PLAINTIFF'S FOURTH**
11                                          )      **SUPPLEMENTAL DISCLOSURE**
   v.                                       )      **STATEMENT**
12                                          )
   CITY OF GOODYEAR, an Arizona Body        )
13 Politic; BRAD  HARDIN and JANE DOE       )
   HARDIN, husband and wife; JOHN and       )      (Assigned to the Honorable Mary H.
14 JANE DOES I-10,                          )      Murguia)
                         Defendants.        )
15 _____ )

16
            NOTICE IS HEREBY GIVEN that Plaintiff, Shay Pendleton, by and through
17
   undersigned counsel, has served Plaintiff's Fourth Supplemental Disclosure Statement
18
   upon Defendants through their attorney of record on the eighth day of March, 2011 via
19
   U.S. Mail.
20
            RESPECTFULY SUBMITTTED this 14th day of March, 2011.
21
                                          **WARNOCK, MACKINLAY & CARMAN, PLLC**
22

23                          By:     s/ John T. White
                                   _____
24                                 Brian R. Warnock
                                   John T. White
25                                 2525 E. Camelback Road, Suite 900
                                   Phoenix, Arizona 85016
26                                 Attorneys for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of March, 2011, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

The following ECF participants:

Sally A. Odegard
Lawrence J. Wulkan
Jesse M. Showalter
Holloway Odegard Sweeney & Evans, P.C.
3101 North Central Avenue, Suite 1200
Phoenix, Arizona 85012

By: s/ Rachel V. Sanders