1  Sally A. Odegard - 011646  (sodegard@hofklaw.com)
   Larry J. Wulkan - 021404  (lwulkan@hofklaw.com)
2  Jesse M. Showalter - 026628  (jshowalter@hofklaw.com)
   HOLLOWAY ODEGARD FORREST & KELLY, P.C.
3  3101 North Central Avenue, Suite 1200
   Phoenix, Arizona 85012   **(32.249)**
4  Phone:          (602) 240-6670
   Facsimile:      (602) 240-6677
5

6  Attorneys for Defendants

7  **IN THE UNITED STATES DISTRICT COURT**

8  **FOR THE DISTRICT OF ARIZONA**

| Shay Pendleton, a surviving parent of Jered Pendleton, deceased, and Personal Representative of the Estate of Jered Pendleton, | Case No: CV 09-2213-PHX-MHM |
|---|---|
| Plaintiff, | **AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF TERRI WOODMANSEE** |
| v. | |
| City of Goodyear, an Arizona Body Politic; Brad Hardin and Jane Doe Hardin, husband and wife; John and Jane Does I-10, | |
| Defendants. | |

**YOU ARE HEREBY NOTIFIED** that, pursuant to FRCP 26 and 30, the deposition will be taken upon oral examination of the person whose name and address is stated below at the time and place stated below before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED**:   Terri Woodmansee
                             c/o her attorney of record
                             Krista M. Carman, PLLC
                             Warnock, Mackinley & Carman
                             240 S. Montezuma St., Suite 201
                             Prescott, AZ 86303

**DATE AND**:                Tuesday, March 29, 2011

**TIME OF DEPOSITION**:      9:00 a.m.

**PLACE OF DEPOSITION**:     Holloway, Odegard, Forrest, & Kelly, P.C.
                             3101 North Central Avenue, Suite 1200
                             Phoenix, Arizona, 85012

1  **NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rules of Civil Procedure,
2  Rule 30(b)(3), defendants intend to record said deposition by stenographer and videotape.
3  DATED this 16th day of March, 2011.
4                  HOLLOWAY ODEGARD FORREST & KELLY, P.C.

By  *s/ Larry J. Wulkan*
    Sally A. Odegard
    Larry J. Wulkan
    Jesse M. Showalter
    3101 North Central Avenue, Suite 1200
    Phoenix, Arizona  85012
    Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I certify that on this 16th day of March, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Brian R. Warnock, Esq.
John T. White, Esq.
WARNOCK, MACINLAY & CARMAN, PLLC
2525 East Camelback Road, Suite 900
Phoenix, Arizona  85016
Attorneys for Plaintiff

COPY emailed to:

Morris-Crowe Court Reporting
7650 South McClintock Drive, Suite 103-398
Tempe, Arizona 85284
office@morriscrowereporting.com

K-Video / Productions
3241 East Shea Blvd., Suite 7
Phoenix, Arizona  85028
video@k-video.com


_s/ Ann E. Blacketer_