1  **WARNOCK, MACKINLAY & CARMAN, PLLC**
2  7135 E. Camelback Road, Suite F240
   Scottsdale, Arizona 85251
3  Tel:   (602) 381-6669
   Fax:   (602) 381-6560
4  Email:  jwhite@lawwmc.com
   Brian R. Warnock (Bar No. 012400)
5  John T. White (Bar No. 022091)
   Attorneys for Plaintiff
6
                    **UNITED STATES DISTRICT COURT**
7
                         **DISTRICT OF ARIZONA**
8

| | |
|---|---|
| SHAY PENDLETON, a surviving parent of JERED PENDLETON, deceased,           Plaintiffs,<br><br>v.<br><br>CITY OF GOODYEAR, an Arizona Body Politic; BRAD HARDIN and JANE DOE HARDIN, husband and wife; JOHN and JANE DOES I-10,           Defendants. | No. CV 09-2213-PHX-MHM<br><br>**NOTICE OF VIDEOTAPED DEPOSITION OF JEFFREY ROGERS**<br><br>(Assigned to the Honorable Mary H. Murguia) |

16  **TO:   Defendants and Attorneys of Record**

17         PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

18  Procedure, and upon agreement of the parties, testimony will be taken upon oral

19  examination of the person whose name, or general description sufficient to identify the

20  person, and address are stated below, at the time and place stated below, before an

21  officer authorized by law to administer oaths.

22  **PERSON TO BE EXAMINED:**           JEFFREY ROGERS

23  **DATE AND TIME OF APPEARANCE:**     April 12, 2011 at 9:00 a.m.

24  **PLACE OF DEPOSITION:**             Warnock, MacKinlay & Carman, PLLC
25                                        7135 E. Camelback Road, Suite F240
                                          Scottsdale, Arizona 85251
26                                         (**Please note our new address**)

1
2
3   Testimony will be recorded by video and stenographic means.
4   RESPECTFULY SUBMITTTED this 30th day of March, 2011.
5                           **WARNOCK, MACKINLAY & CARMAN, PLLC**
6
7   By:   s/ John T. White
          ―――――――――――――――――――――
          Brian R. Warnock
8         John T. White
          7135 E. Camelback Road, Suite F240
9         Scottsdale, Arizona 85251
          Attorneys for Plaintiff
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of March, 2011, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

The following ECF participants:

>Sally Odegard
>Lawrence J. Wulkan
>Jesse M. Showalter
>Holloway Odegard Sweeney & Evans, P.C.
>3101 N. Central Avenue, Suite 1200
>Phoenix, Arizona 85012

Mailed to:

>Coash & Coash
>1802 N. 7th Street
>Phoenix, Arizona 85006

By: s/ Rachel V. Sanders

3