**WARNOCK, MACKINLAY & CARMAN, PLLC**
7135 E. Camelback Road, Suite F240
Scottsdale, Arizona 85251
Tel:   (602) 381-6669
Fax:   (602) 381-6560
Email:  jwhite@lawwmc.com
Brian R. Warnock (Bar No. 012400)
John T. White (Bar No. 022091)
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| SHAY PENDLETON, a surviving parent of  JERED PENDLETON, deceased, ) ) ) | No. CV 09-2213-PHX-MHM |
| Plaintiffs, ) ) | **AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF TROY CASTILLO** |
| v. ) ) | |
| CITY OF GOODYEAR, an Arizona Body Politic; BRAD  HARDIN and JANE DOE HARDIN, husband and wife; JOHN and JANE DOES I-10, ) ) ) ) | (Assigned to the Honorable Mary H. Murguia) |
| Defendants. ) ) | |

**TO:    Defendants and Attorneys of Record**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, and upon agreement of the parties, testimony will be taken upon oral examination of the person whose name, or general description sufficient to identify the person, and address are stated below, at the time and place stated below, before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED:**            TROY CASTILLO

**DATE AND TIME OF APPEARANCE:**      April 13, 2011 at 9:00 a.m.

**PLACE OF DEPOSITION:**              Warnock, MacKinlay & Carman, PLLC
                                      7135 E. Camelback Road, Suite F240
                                      Scottsdale, Arizona 85251
                                      (**Please note our new address**)

1

2

3        Testimony will be recorded by video and stenographic means.

4        RESPECTFULY SUBMITTTED this 30th day of March, 2011.

5                                    **WARNOCK, MACKINLAY & CARMAN, PLLC**

6

7                          By:    s/ John T. White
                                  _____
8                                 Brian R. Warnock
                                  John T. White
9                                 7135 E. Camelback Road, Suite F240
                                  Scottsdale, Arizona 85251
                                  Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of March, 2011, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

The following ECF participants:

Sally Odegard
Lawrence J. Wulkan
Jesse M. Showalter
Holloway Odegard Sweeney & Evans, P.C.
3101 N. Central Avenue, Suite 1200
Phoenix, Arizona 85012


Mailed to:

Coash & Coash
1802 N. 7th Street
Phoenix, Arizona 85006


By: _s/ Rachel V. Sanders_

3