# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SHAY PENDLETON, a surviving parent of JERED PENDELTON, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF GOODYEAR, an Arizona Body Politic; BRAD HARDIN and JANE DOE HARDIN, husband and wife; JOHN and JANE DOES I-10,<br><br>Defendants. | Case No: CV 09-2213-PHX-JWS<br><br>**ORDER CONTINUING AUGUST 9, 2011 SETTLEMENT CONFERENCE** |

Having reviewed the parties' joint stipulation to continue the August 9, 2011 settlement conference and good cause appearing,

IT IS ORDERED continuing the August 9, 2011 settlement conference to October 18, 2011 at 9:00 a.m. before Magistrate Judge Edward Voss.

Dated this 2nd day of August, 2011.

_____
Edward C. Voss
United States Magistrate Judge