**WARNOCK, MACKINLAY & CARMAN, PLLC**
7135 E. Camelback Road, Suite F240
Scottsdale, Arizona 85251
Tel:  (602) 381-6669
Fax:  (602) 381-6560
Email:  jwhite@lawwmc.com
Brian R. Warnock (Bar No. 012400)
John T. White (Bar No. 022091)
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| SHAY PENDLETON, a surviving parent of JERED PENDLETON, deceased,<br><br>                    Plaintiffs,<br><br>v.<br><br>CITY OF GOODYEAR, an Arizona Body Politic; BRAD HARDIN and JANE DOE HARDIN, husband and wife; JOHN and JANE DOES I-10,<br><br>                    Defendants. | No. CV 09-2213-PHX-JWS<br><br>**THIRD AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF BRADLEY HARDIN**<br><br>(Assigned to the Honorable John W. Sedwick) |

**TO:  Defendants and Attorneys of Record**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, and upon agreement of the parties, testimony will be taken upon oral examination of the person whose name, or general description sufficient to identify the person, and address are stated below, at the time and place stated below, before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED:**          BRADLEY HARDIN

**DATE AND TIME OF APPEARANCE:**    August 9, 2011 at 9:00 a.m.

**PLACE OF DEPOSITION:**            Warnock, MacKinlay & Carman, PLLC
                                    7135 E. Camelback Road, Suite F240
                                    Scottsdale, Arizona 85251

Testimony will be recorded by video and stenographic means.

RESPECTFULY SUBMITTTED this 3rd day of August, 2011.

**WARNOCK, MACKINLAY & CARMAN, PLLC**

By:    s/ John T. White
        Brian R. Warnock
        John T. White
        7135 E. Camelback Road, Suite F240
        Scottsdale, Arizona 85251
        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of August, 2011, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

The following ECF participants:

> Sally Odegard
> Jesse M. Showalter
> Holloway Odegard Sweeney & Evans, P.C.
> 3101 N. Central Avenue, Suite 1200
> Phoenix, Arizona 85012

Mailed to:

> Coash & Coash
> 1802 N. 7th Street
> Phoenix, Arizona 85006

By: s/ Rachel V. Sanders