Sally A. Odegard - 011646  (sodegard@hofklaw.com)
Jesse M. Showalter - 026628  (jshowalter@hofklaw.com)
HOLLOWAY ODEGARD FORREST & KELLY, P.C.
3101 North Central Avenue, Suite 1200
Phoenix, Arizona 85012   **(32.249)**
Phone:         (602) 240-6670
Facsimile:    (602) 240-6677

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Shay Pendleton, a surviving parent of Jered Pendleton, deceased, and Personal Representative of the Estate of Jered Pendleton,<br><br>Plaintiff,<br><br>v.<br><br>City of Goodyear, an Arizona Body Politic; Brad Hardin and Jane Doe Hardin, husband and wife; John and Jane Does I-10,<br><br>Defendants. | Case No: CV 09-2213-PHX-MHM<br><br>**NOTICE OF SERVICE OF DEFENDANTS FIRST SET OF NON-UNIFORM INTERROGATORIES PROPOUNDED UPON PLAINTIFF** |

Pursuant to Rule 33, Fed. R. Civ. P., Defendants, have served their First Set of Non-Uniform Interrogatories on plaintiff on August 9, 2011.

DATED this 9th day of August, 2011.

HOLLOWAY ODEGARD FORREST & KELLY, P.C.


By  *s/ Jesse M. Showalter*
      Sally A. Odegard
      Jesse M. Showalter
      3101 North Central Avenue, Suite 1200
      Phoenix, Arizona  85012
      Attorneys for Defendants

# CERTIFICATE OF SERVICE

I certify that on this 9th day of August, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Brian R. Warnock, Esq.
John T. White, Esq.
7135 E. Camelback Rd., Ste. F240
Scottsdale, Arizona 85251


*s/ Nancy L. Robinson*