Sally A. Odegard - 011646 (sodegard@hofklaw.com)
Jesse M. Showalter - 026628 (jshowalter@hofklaw.com)
HOLLOWAY ODEGARD FORREST & KELLY, P.C.
3101 North Central Avenue, Suite 1200
Phoenix, Arizona  85012
(602) 240-6670

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shay Pendleton, a surviving parent of Jered Pendleton, deceased, and Personal Representative of the Estate of Jered Pendleton,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>City of Goodyear, an Arizona Body Politic; Brad Hardin and Jane Doe Hardin, husband and wife; John and Jane Does I-10,<br><br>　　　　Defendants. | Case No: CV 09-2213-PHX-MHM<br><br>**NOTICE OF TERMINATION OF ASSOCIATION** |

　　　　NOTICE IS HEREBY GIVEN that Larry J. Wulkan is no longer with the firm of Holloway Odegard Forrest & Kelly, P.C. and should no longer receive notifications in the above-entitled cause of action.

　　　　DATED this 12th day of August, 2011.

　　　　　　　　　　　　　HOLLOWAY ODEGARD FORREST & KELLY, P.C.


　　　　　　　　　　　　　By____s/ Sally A. Odegard_____
　　　　　　　　　　　　　　　　Sally A. Odegard
　　　　　　　　　　　　　　　　Jesse M. Showalter
　　　　　　　　　　　　　　　　3101 North Central Avenue, Suite 1200
　　　　　　　　　　　　　　　　Phoenix, Arizona  85012
　　　　　　　　　　　　　　　　Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I certify that on the 12th day of August, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Brian R. Warnock, Esq.
John T. White, Esq.
WARNOCK, MACKINLAY & CARMAN, PLLC
7135 E. Camelback Rd., Suite F240
Scottsdale, Arizona  85251
Attorneys for Plaintiff

<u>s/ Ann E. Blacketer</u>