1  **WARNOCK, MACKINLAY & CARMAN, PLLC**
   7135 E. Camelback Road, Suite F240
2  Scottsdale, Arizona 85251
   Tel:   (602) 381-6669
3  Fax:   (602) 381-6560
   Email:  jwhite@lawwmc.com
4  Brian R. Warnock (Bar No. 012400)
   John T. White (Bar No. 022091)
5  Attorneys for Plaintiff

6
                    **UNITED STATES DISTRICT COURT**
7
                          **DISTRICT OF ARIZONA**
8

9  SHAY PENDLETON, a surviving parent  )   No. CV 09-2213-PHX-JWS
   of JERED PENDLETON, deceased,       )
10                                     )   **SECOND AMENDED NOTICE OF**
                     Plaintiffs,       )   **VIDEOTAPED DEPOSITION OF**
11                                     )   **MARK BROWN**
   v.                                  )
12                                     )
   CITY OF GOODYEAR, an Arizona Body   )
13 Politic; BRAD HARDIN and JANE DOE   )   (Assigned to the Honorable John W.
   HARDIN, husband and wife; JOHN and  )   Sedwick)
14 JANE DOES I-10,                     )
                     Defendants.       )
15                                     )

16 **TO:   Defendants and Attorneys of Record**

17         PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

18 Procedure, and upon agreement of the parties, testimony will be taken upon oral

19 examination of the person whose name, or general description sufficient to identify the

20 person, and address are stated below, at the time and place stated below, before an

21 officer authorized by law to administer oaths.

22 **PERSON TO BE EXAMINED:**              MARK BROWN

23 **DATE AND TIME OF APPEARANCE:**        September 15, 2011 at 9:00 a.m.

24 **PLACE OF DEPOSITION:**                Warnock, MacKinlay & Carman, PLLC
                                           7135 E. Camelback Road, Suite F240
25                                         Scottsdale, Arizona 85251

26

Testimony will be recorded by video and stenographic means.

RESPECTFULY SUBMITTTED this 22nd day of August, 2011.

**WARNOCK, MACKINLAY & CARMAN, PLLC**

By:   s/ John T. White
      Brian R. Warnock
      John T. White
      7135 E. Camelback Road, Suite F240
      Scottsdale, Arizona 85251
      Attorneys for Plaintiff

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of August, 2011, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

The following ECF participants:

    Sally Odegard
    Jesse M. Showalter
    Holloway Odegard Sweeney & Evans, P.C.
    3101 N. Central Avenue, Suite 1200
    Phoenix, Arizona 85012

Mailed to:

    Coash & Coash
    1802 N. 7th Street
    Phoenix, Arizona 85006

By:  s/ Rachel V. Sanders

3