1  **WARNOCK, MACKINLAY & CARMAN, PLLC**
2  7135 E. Camelback Road, Suite F240
   Scottsdale, Arizona 85251
3  Tel:  (602) 381-6669
   Fax:  (602) 381-6560
4  Email:  jwhite@lawwmc.com
   Brian R. Warnock (Bar No. 012400)
5  John T. White (Bar No. 022091)
   Attorneys for Plaintiff
6
                       **UNITED STATES DISTRICT COURT**
7
                             **DISTRICT OF ARIZONA**
8

9  SHAY PENDLETON, a surviving parent   )   No. CV 09-2213-PHX-JWS
   of JERED PENDLETON, deceased,        )
                                        )   **NOTICE OF DEPOSITION OF**
10                    Plaintiffs,       )   **STEVE LEON**
                                        )
11 v.                                   )
                                        )
12 CITY OF GOODYEAR, an Arizona Body    )   (Assigned to the Honorable John W.
   Politic; BRAD HARDIN and JANE DOE    )   Sedwick)
13 HARDIN, husband and wife; JOHN and   )
   JANE DOES I-10,                      )
14                                      )
                      Defendants.       )
15                                      )

16 **TO:   Defendants and Attorneys of Record**

17       PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

18 Procedure, and upon agreement of the parties, testimony will be taken upon oral

19 examination of the person whose name, or general description sufficient to identify the

20 person, and address are stated below, at the time and place stated below, before an

21 officer authorized by law to administer oaths.

22 **PERSON TO BE EXAMINED:**            STEVE LEON

23 **DATE AND TIME OF APPEARANCE:**      September 7, 2011 at 2:00 p.m.

24 **PLACE OF DEPOSITION:**              Warnock, MacKinlay & Carman, PLLC
                                         7135 E. Camelback Road, Suite F240
25                                       Scottsdale, Arizona 85251

26

1
2
3   Testimony will be recorded by stenographic means.
4   RESPECTFULY SUBMITTTED this 25th day of August, 2011.
5                               **WARNOCK, MACKINLAY & CARMAN, PLLC**
6
7           By:   s/ John T. White
                  _____
8                 Brian R. Warnock
                  John T. White
9                 7135 E. Camelback Road, Suite F240
                  Scottsdale, Arizona 85251
10                Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of August, 2011, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

The following ECF participants:

> Sally Odegard
> Jesse M. Showalter
> Holloway Odegard Sweeney & Evans, P.C.
> 3101 N. Central Avenue, Suite 1200
> Phoenix, Arizona 85012

Emailed to:

> Coash & Coash
> staff@coashandcoash.com

By: s/ Rachel V. Sanders