**WARNOCK, MACKINLAY & CARMAN, PLLC**
7135 E. Camelback Road, Suite F240
Scottsdale, Arizona 85251
Tel: (602) 381-6669
Fax: (602) 381-6560
Email: jwhite@lawwmc.com
Brian R. Warnock (Bar No. 012400)
John T. White (Bar No. 022091)
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| SHAY PENDLETON, a surviving parent of JERED PENDLETON, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF GOODYEAR, an Arizona Body Politic; BRAD HARDIN and JANE DOE HARDIN, husband and wife; JOHN and JANE DOES I-10,<br><br>Defendants. | No. CV 09-2213-PHX-JWS<br><br>**AMENDED NOTICE OF DEPOSITION OF STEVE LEON**<br><br>(Assigned to the Honorable John W. Sedwick) |

**TO:   Defendants and Attorneys of Record**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, and upon agreement of the parties, testimony will be taken upon oral examination of the person whose name, or general description sufficient to identify the person, and address are stated below, at the time and place stated below, before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED:**       STEVE LEON

**DATE AND TIME OF APPEARANCE:**       September 8, 2011 at 1:30 p.m.

**PLACE OF DEPOSITION:**       Warnock, MacKinlay & Carman, PLLC
7135 E. Camelback Road
Suite F240, Elevator D
Scottsdale, Arizona 85251

Testimony will be recorded by stenographic means.

RESPECTFULY SUBMITTTED this 7th day of September, 2011.

**WARNOCK, MACKINLAY & CARMAN, PLLC**

By: s/ John T. White
Brian R. Warnock
John T. White
7135 E. Camelback Road, Suite F240
Scottsdale, Arizona 85251
Attorneys for Plaintiff

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of September, 2011, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

The following ECF participants:

> Sally Odegard
> Jesse M. Showalter
> Holloway Odegard Sweeney & Evans, P.C.
> 3101 N. Central Avenue, Suite 1200
> Phoenix, Arizona 85012

Emailed to:

> Coash & Coash
> staff@coashandcoash.com

By: s/ Rachel V. Sanders

3