Sally A. Odegard - 011646 (sodegard@hofklaw.com)
Jesse M. Showalter - 026628 (jshowalter@hofklaw.com)
HOLLOWAY ODEGARD FORREST & KELLY, P.C.
3101 North Central Avenue, Suite 1200
Phoenix, Arizona 85012  (32.249)
Phone:      (602) 240-6670
Facsimile:  (602) 240-6677

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shay Pendleton, a surviving parent of Jered Pendleton, deceased, and Personal Representative of the Estate of Jered Pendleton,<br><br>Plaintiff,<br><br>v.<br><br>City of Goodyear, an Arizona Body Politic; Brad Hardin and Jane Doe Hardin, husband and wife; John and Jane Does I-10,<br><br>Defendants. | Case No: CV 09-2213-PHX-MHM<br><br>**NOTICE OF DEPOSITION OF FORREST WRIGHT** |

**YOU ARE HEREBY NOTIFIED** that, pursuant to FRCP 26 and 30, the deposition will be taken upon oral examination of the person whose name and address is stated below at the time and place stated below before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED**:   Detective Forrest Wright
Maricopa County Sheriff's Office
102 W. Madison Street
Phoenix, AZ 85003

**DATE AND:**   Wednesday, October 19, 2011

**TIME OF DEPOSITION:**   9:00 a.m.

**PLACE OF DEPOSITION:**   Holloway, Odegard, Forrest, & Kelly, P.C.
3101 North Central Avenue, Suite 1200
Phoenix, Arizona, 85012

DATED this 7th day of October, 2011.

HOLLOWAY ODEGARD FORREST & KELLY, P.C.

By_____
Sally A. Odegard
Jesse M. Showalter
3101 North Central Avenue, Suite 1200
Phoenix, Arizona 85012
**Attorneys for Defendants**

**ORIGINAL** of the e-mailed
this _7th_ day of October, 2011, to:

Detective Forrest Wright
Maricopa County Sheriff's Office
102 W. Madison Street
Phoenix, AZ 85003

**COPY** of the foregoing e-mailed
this same date, to:

Brian R. Warnock, Esq.
John T. White, Esq.
WARNOCK, MACINLAY & CARMAN, PLLC
2525 East Camelback Road, Suite 900
Phoenix, Arizona  85016
**Attorneys for Plaintiff**

Coash & Coash
1802 N. 7th Street
Phoenix, Arizona 85006
**Court Reporter**

_Ann E. Blacketer_