**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES - GENERAL**

Phoenix Division

**CIV** __09__ / __2213__ / __JWS__         DATE: __October 18, 2011__
       Year   Case No   Initials

Title: __Shay Pendleton__         vs.   __City of Goodyear, et al.__

==================================================================

HON:   __Edward C. Voss__                         Judge #__70BO__


      _____          _____
            Deputy Clerk                    Court ECR

   **Attorney(s) for Plaintiff(s)**      **Attorney(s) for Defendant(s)**

   __John White__                          __Sally Odegard__

   _____                  __Jesse Showalter__

   _____                  __Roric Massey__

      ==================================================================
**PROCEEDINGS:**       ____Open Court      __X__ Chambers       ____ Other


This is the time set for settlement conference.

Present: John White with Plaintiff; Sally Odegard, Jesse Showalter, Roric Massey with Defendants' representatives.

Settlement conference is held.

The court concludes that motions practice must be pursued before meaningful mediation can take place.

Settlement conference was adjourned subject to resetting, if necessary, after dispositive motions have been resolved.


                                              Court Time: 1 hrs. 27 min.