Sally A. Odegard - 011646  (sodegard@hoklaw.com)
Jesse M. Showalter - 026628  (jshowalter@hoklaw.com)
**HOLLOWAY ODEGARD & KELLY, P.C.**
3101 North Central Avenue, Suite 1200
Phoenix, Arizona 85012   **(32.249)**
Phone:          (602) 240-6670
Facsimile:     (602) 240-6677

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Shay Pendleton, a surviving parent of Jered Pendleton, deceased, and Personal Representative of the Estate of Jered Pendleton,<br><br>Plaintiff,<br><br>v.<br><br>City of Goodyear, an Arizona Body Politic; Brad Hardin and Jane Doe Hardin, husband and wife; John and Jane Does I-10,<br><br>Defendants. | Case No: CV 09-2213-PHX-JWS<br><br>**RULE 60(a) MOTION TO CLARIFY THE COURT'S FEBRUARY 20, 2012 ORDER (DKT. 106)** |

Pursuant to Rule 60(a), the City of Goodyear and Brad Hardin (collectively, the "City"), through undersigned counsel, request that the Court issue an order clarifying its February 20, 2012 Order (Dkt. 106) as regards the disposition of Plaintiff's state law aiding and abetting claim.

In its motion for summary judgment, the City moved for summary judgment on Plaintiff's state law aiding and abetting claim. (Dkt. 90, pp. 14-15). Though the Court's Order briefly discusses the aiding and abetting claim in the context of the dismissed conspiracy claims, it does not state whether the City's motion for summary judgment on that claim has been granted or denied. (Dkt. 106, pp. 8-9, 11).

Pursuant to Rule 60(a), "the court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in judgment, order, or other part of the record." Because the Court did not expressly rule on the aiding and abetting claim,

1  it appears that the standard under Rule 60(a) has been met.  Accordingly, the City requests
2  that the Court issue a *nunc pro tunc* or other order clarifying the disposition of Plaintiff's
3  state law aiding and abetting claim.
4        DATED this 3rd day of April, 2012.

**HOLLOWAY ODEGARD & KELLY, P.C.**

By   s/ Sally A. Odegard
     Sally A. Odegard
     Jesse M. Showalter
     3101 North Central Avenue, Suite 1200
     Phoenix, Arizona  85012
     Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I certify that on this 3rd day of April, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Brian R. Warnock, Esq.
John T. White, Esq.
Warnock, MacKinlay & Carman, PLLC
7135 E. Camelback Rd., Ste. F240
Scottsdale, Arizona 85251


      s/ Ann E. Blacketer