# MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

*Pendleton v. City of Goodyear et al.*

THE HONORABLE JOHN W. SEDWICK                    2:09-cv-2213 JWS

PROCEEDINGS:        **ORDER FROM CHAMBERS**            June 13, 2012

At docket 111, plaintiff Shay Pendleton moves to strike defendants' untimely filed fifth supplemental disclosure. Defendants respond at docket 113. Plaintiff's reply is at docket 114. Oral argument was not requested and would not assist the court.

The court's scheduling order states that "[t]he [c]ourt will not consider evidentiary objections in separate motions to strike." Doc. 19 at 4. The order clarifies that "[u]nless specifically permitted under Local Rule . . . 7.2(m)(1), the [c]ourt will not consider . . . any separate motions to strike or other separate filings that are filed in violation of [the scheduling] [o]rder." *Id.* at 4–5. Plaintiff's motion is not made pursuant to any of the rules specified in Local Rule 7.2(m)(1). *See* LRCiv 7.2(m)(1).

Therefore, plaintiff's motion to strike is **DENIED** without prejudice to renewal as a motion *in limine* at the appropriate time.

_____