**WARNOCK, MACKINLAY & CARMAN, PLLC**
7135 E. Camelback Road, Suite F240
Scottsdale, Arizona 85251
Tel: (602) 381-6669
Fax: (602) 381-6560
Email: jwhite@lawwmc.com
Brian R. Warnock (Bar No. 012400)
John T. White (Bar No. 022091)
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| SHAY PENDLETON, a surviving parent of JERED PENDLETON, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF GOODYEAR, an Arizona Body Politic; BRAD HARDIN and JANE DOE HARDIN, husband and wife; JOHN and JANE DOES I-10,<br><br>Defendants. | No. CV 09-2213-PHX-JWS<br><br>**JOINT STATUS REPORT**<br><br>(Assigned to the Honorable John W. Sedwick) |

Pursuant to the Court's orders, the parties have met and conferred and hereby state and certify as follows:

1. That discovery is complete;
2. That there are presently no legal issues for the Court to address, other than those that might be raised in connection with pretrial preparations, through Motions in Limine and the like; and
3. That the parties have tentatively arranged and are expected to confirm shortly a private mediation on or about November 28, 2012.

The parties further request that, in the event that mediation is unsuccessful, the Court set a status conference in December 2012, to discuss a trial setting and facilitate a

more efficient resolution of any potential conflicts among the calendars of the Court, counsel, parties, and key witnesses.

RESPECTFULY SUBMITTTED this 31st day of July, 2012.

**WARNOCK, MACKINLAY & CARMAN, PLLC**

By: s/ John T. White
Brian R. Warnock
John T. White
7135 E. Camelback Road, Suite F240
Scottsdale, Arizona 85251
Attorneys for Plaintiff

**HOLLOWAY ODEGARD & KELLY, P.C.**

By: s/ John T. White (for and permission from)
Sally Odegard
Jesse M. Showalter
3101 N. Central Avenue, Suite 1200
Phoenix, Arizona 85012
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of July, 2012, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

The following ECF participants:

>Sally Odegard
>Jesse M. Showalter
>Holloway Odegard & Kelly, P.C.
>3101 N. Central Avenue, Suite 1200
>Phoenix, Arizona 85012

By: s/ Rachel V. Sanders