IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shay Pendleton, a surviving parent of Jered Pendleton, deceased, and Personal Representative of the Estate of Jered Pendleton,<br><br>Plaintiff,<br><br>v.<br><br>City of Goodyear, an Arizona Body Politic; Brad Hardin and Jane Doe Hardin, husband and wife; John and Jane Does I-10,<br><br>Defendants. | No: CV-09-2213-PHX-JWS<br><br><br><br>**ORDER** |

Pursuant to the stipulation of the parties (Doc. 122), and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the settlement conference in this matter set for March 27, 2013, is hereby vacated and reset for April 1, 2013, at 1:30 p.m. The parties are referred to this Court's January 10, 2013, initial order setting settlement conference to extrapolate new deadlines for filing of settlement conference memoranda.

Dated this 17th day of January, 2013.

_____
David K. Duncan
United States Magistrate Judge