# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

**CV-09-2213-PHX-JWS**     DATE: 4/1/2013

Title: Shay Pendleton vs. City of Goodyear, et al.
        Plaintiff               Defendant

================================================================================

HON: David K. Duncan     Judge #70BL/DKD

   M. Morgan          CourtSmart
Deputy Clerk           Recorded

**APPEARANCES:**
Brian Warnock and Krista Carman for and with plaintiff, Shay Pendleton
Sally Odegard and Jesse Showalter for defendants with client representatives Roric Massey and Jeremy Clark

================================================================================

**PROCEEDINGS:**   X  Open Court   ___ Chambers   ___ Other

A Settlement Conference being held and agreement between parties being reached, parties agree as follows:

The essential terms of the Settlement Agreement have been put forth on the record.

IT IS HEREBY ORDERED a Stipulation to Dismiss this case with prejudice each side to bear its own costs and fee to be filed with the Court no later than June 12, 2013, or in the alternative, parties shall file a Notice to the Court advising that the case has not settled due to a failure of the contingency.


Total time: 3 hrs, 25 min.

Begin: 1:35 PM
End: 5:00 PM