Sally A. Odegard - 011646  (sodegard@hoklaw.com)
Jesse M. Showalter - 026628  (jshowalter@hoklaw.com)
**HOLLOWAY ODEGARD & KELLY, P.C.**
3101 North Central Avenue, Suite 1200
Phoenix, Arizona 85012   **(32.249)**
Phone:          (602) 240-6670
Facsimile:     (602) 240-6677
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shay Pendleton, a surviving parent of Jered Pendleton, deceased, and Personal Representative of the Estate of Jered Pendleton,<br><br>                Plaintiff,<br><br>v.<br><br>City of Goodyear, an Arizona Body Politic; Brad Hardin and Jane Doe Hardin, husband and wife; John and Jane Does I-10,<br><br>                Defendants. | Case No: CV 09-2213-PHX-JWS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their counsel, that the above cause of action be dismissed with prejudice as to all parties and as to all claims, each party to bear their own costs and attorneys' fees.

DATED this 11th day of June, 2013.

**HOLLOWAY ODEGARD & KELLY, P.C.**

By     /s/ Sally A. Odegard
       Sally A. Odegard, Esq.
       Jesse M. Showalter, Esq.
       3101 North Central Avenue, Suite 1200
       Phoenix, Arizona  85012
       *Attorneys for Defendants*

**WARNER MacKINLAY & CARMAN, PLLC**

By     /s/ Brian R. Warnock (w/permission)
       Brian R. Warnock, Esq.
       Krista Carman, Esq.
       7135 East Camelback Road, Suite F240
       Scottsdale, Arizona 85251
       *Attorneys for Plaintiff*