# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shay Pendleton, a surviving parent of Jered Pendleton, deceased, and Personal Representative of the Estate of Jered Pendleton,<br><br>    Plaintiff,<br><br>v.<br><br>City of Goodyear, an Arizona Body Politic; Brad Hardin and Jane Doe Hardin, husband and wife; John and Jane Does I-10,<br><br>    Defendants. | Case No: CV 09-2213-PHX-JWS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to parties' Stipulation for Dismissal with Prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** that the above cause of action be dismissed with prejudice, as to all parties and as to all claims, each party to bear their own costs and attorneys' fees.

**DATED** this 11th day of June 2013.

                                        /s/  JOHN W. SEDWICK
                                        UNITED STATES DISTRICT JUDGE